# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OLIVIA RADEMANN,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

Case No. 2:26-cv-00381-GMN-NJK

**Order**

[Docket No. 9]

Pending before the Court is a joint discovery plan. Docket No. 9.

According to Local Rule 26-1(b)(1), the presumptively reasonable length for discovery is 180 days from the date the first defendant answered or otherwise appeared. Plans requesting longer deadlines must provide reasons for why those longer time periods should apply. Local Rule 26-1(a).

In the instant plan, the parties seek a 240-day discovery period. Docket No. 9 at 2. The parties submit that a discovery period 60 days longer than the presumptively reasonable length is warranted because this is a first-party insurance action involving extra-contractual claims of insurance bad faith and because Plaintiff has relocated to Texas. *Id.* However, the reasons provided by the parties occur regularly in cases in this District and, therefore, do not warrant a longer discovery period. Additionally, the parties fail to provide a deadline for completing initial disclosures. *See id.* at 1.

Accordingly, the joint discovery plan is **GRANTED** in part and **DENIED** in part, and the Court sets the presumptively reasonable case management deadlines as follows:

- Initial disclosures: April 27, 2026
- Amend pleadings/ add parties: May 14, 2026
- Initial experts: June 15, 2026
- Rebuttal experts: July 15, 2026

1

- Discovery cutoff:  August 12, 2026
- Dispositive motions:  September 11, 2026
- Joint proposed pretrial order:  October 12, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: April 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge